**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ROY TRUSS        :   No. 712 MAL 2018

                                  :

                                  :

PETITION OF: ROY TRUSS     :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.